IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CIVIL NO: _____

**JENNIFER THOMAS,**  *Plaintiff*

vs.

**THE SCHREIBER LAW FIRM, LLC,**  *Defendant*

Serve:
Dial, Edward C, Jr Esq
53 Stiles Road SA102
Salem, NH 03079

## COMPLAINT

NOW COMES Plaintiff, JENNIFER THOMAS ("Plaintif"), by and through her attorneys, KROHN & MOSS, LTD., and for her Complaint against Defendant, THE SCHREIBER LAW FIRM, LLC ("Defendant"), alleged and affirmatively states as follows:

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. § 1692 et seq.* ("FDCPA").

## PARTIES

2. Plaintiff is an individual who was at all times relevant hereto residing in the State of Kentucky, County of Fayette.

3. Plaintiff is a consumer as that term is defined by 15 *U.S.C. § 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term in defined by 15 *U.S.C. § 1692a(5)*.

4. Defendant is a business entity with a business office located at 53 Stiles Road, Suite A102, Salem, New Hampshire 03079.

5. Defendant is a debt collector as defined by *15 U.S.C. § 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

6. Defendant has acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## JURISDICTION AND VENUE

7. Jurisdiction of this court arises pursuant to *15 U.S.C. § 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

8. Defendant conducts business in the State of Kentucky establishing personal jurisdiction.

9. Venue is proper under *28 U.S.C. § 1391(b)(2)*.

## FACTUAL ALLEGATIONS

10. Prior to filing this action, Defendant was assigned an account from a third party company to collect monies from Plaintiff which were alleged to be owed and past due ("debt").

11. Upon information and belief, the debt arises from transactions on a credit card that were for personal, family and household purposes.

12. In connection with its collection attempts, Defendant places telephone calls to Plaintiff at her place of employment and on her cellular telephone at telephone number (303) 885-44xx ("collection call").

13. Plaintiff has set up a voicemail system for callerts to leave a message for him if a call is not answered.

14. In or around October or 2013, Defendant placed a collection call to Plaintiff that was not answered.

15. Accordingly, Defendant left Plaintiff a message on his voice mail. *See* Exhibit A.

16. Defendant's employee, a male individual identifying himself as Eric Mattis, addressed Plaintiff, stated that he was with the Schreiber Law Office and that he needed to speak with Plaintiff "as soon as possible," instructing her to call (267) 525-7065 and providing reference ID 1619881. *See* Exhibit A.

17. Defendant never stated that it, or its collector(s), were debt collectors in the message. *See* Exhibit A.

18. Defefenant never stated in the message the purpose its law firm was calling her or asking her to call back "as soon as possible." *See* Exhibit A.

19. Defendant purposefully did not inform Plaintiff that it was a debt collector.

20. The reason Defendant withheld from Plaintiff that it was a debt collector was to deceive or mislead her into calling Defedant so that Defendant could attempt to collect monies from her.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

21. Defendant violated the FDCPA based on the following:

   a) Defendant violated §1692e(10) of the FDCPA by using false representations and/or deceptive means to attempt to collect a debt.

   b) Defendant violated §1692e(11) of the FDCPA by failing to disclose it its voicemail message that it is a debt collector.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, JENNIFER THOMAS, respectfully requests judgment be entered against Defendant, THE SCHREIBER LAW FIRM, LLC, for the following:

22. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k;*

23.     Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k*;

24.     Any other relief that this Honorable Court deems appropriate.

Respectfully Submitted,

**JENNIFER THOMAS**

By: /s/ Shireen Hormozdi
Shireen Hormozdi
Kentucky Bar No. 93993
Krohn & Moss, Ltd
10474 Santa Monica Blvd. Suite 405
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 861-1390
Email: shormozdi@consumerlawcenter.com