ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NO. 5:14-cv-00068-DCR

**JENNIFER THOMAS,**                                                                                    *Plaintiff*

vs.

**THE SCHREIBER LAW FIRM, LLC.,**                                                       *Defendant*

\* \* \* \* \* \* \*
**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**KROHN & MOSS, LTD.**

Dated:  October 7, 2014            By:/s/ Shireen Hormozdi
                                                      Shireen Hormozdi
                                                      Kentucky Bar No. 93993
                                                      Krohn & Moss, Ltd
                                                      10474 Santa Monica Blvd. Suite 405
                                                      Los Angeles, CA 90025
                                                      Tel: (323) 988-2400 x 267
                                                      Fax: (866) 861-1390
                                                      Email: shormozdi@consumerlawcenter.com

**THE SCHREIBER LAW FIRM, LLC**

Dated: October 7, 2014            By:/s/ David Kennedy Bifulco
                                   David Kennedy Bifulco, Esq
                                   P.A Bar No. 310038
                                   The Schreiber Law Firm, LLC
                                   6 Neshaminy Interplex, Drive, Suite 212
                                   Trevose, PA 19053
                                   Tel: (610) 676-0650
                                   Fax: (610) 646-7444
                                   Email: david@dkblaw.net